# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA
09-14-17

| | |
|---|---|
| United States of America<br>v.<br>Daniel Tapia-Juarez,<br>a.k.a.: Daniel Juarez Tapia,<br>a.k.a.: Daniel Tapia Juarez,<br>a.k.a.: Painting,<br>(A205 600 477)<br>*Defendant* | )<br>)<br>) Case No.  17 - 9393 mj<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 14, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jillian Besancon

☒ Continued on the attached sheet.

*Complainant's signature*
Gilbert V. Longoria,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 15, 2017

*Judge's signature*

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## ATTACHMENT A

### Count 1

On September 14, 2017, Daniel Tapia-Juarez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 22, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On September 14, 2017, at or near Phoenix, in the District of Arizona, Daniel Tapia-Juarez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Gilbert V. Longoria, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 14, 2017, Daniel Tapia-Juarez was arrested by the Peoria Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Tapia-Juarez was examined by ICE Officer K. Madill who determined Tapia-Juarez to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On September 14, 2017, Tapia-Juarez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Tapia-Juarez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Daniel Tapia-Juarez to be a citizen of Mexico and a previously deported criminal alien. Tapia-Juarez was removed from the United States to Mexico at or near Nogales, Arizona, on or about May 22, 2015, pursuant to an order of removal issued by an immigration judge. There is no record of Tapia-Juarez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to

the United States after his removal. Tapia-Juarez's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Daniel Tapia-Juarez in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Tapia-Juarez presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Tapia-Juarez entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Tapia-Juarez's immigration history was matched to him by electronic fingerprint comparison.

5. On September 14, 2017, Daniel Tapia-Juarez was advised of his constitutional rights. Tapia-Juarez freely and willingly agreed to provide a statement under oath. Tapia-Juarez stated that his true and complete name is "Painting," and that he is a citizen of Mexico. Tapia-Juarez stated that he illegally entered the United States at or near Texas, around 2016, without inspection by an immigration officer. Tapia-Juarez further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 14, 2017, Daniel Tapia-Juarez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been

previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 22, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on September 14, 2017, at or near Phoenix, in the District of Arizona, Daniel Tapia-Juarez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

Gilbert V. Longoria,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 15th day of September, 2017.

Eileen S. Willett,
United States Magistrate Judge